IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EAGLE DISTRIBUTING OF TEXARKANA, INC.                                    PLAINTIFF

v.                                    Civil No. 4:20-cv-04097

VITAL PHARMACEUTICALS, INC.; and
PEPSICO, INC.                                                          DEFENDANTS

**ORDER**

      Before the Court is Plaintiff and Defendants' Joint Stipulation of Dismissal with Prejudice. (ECF No. 64).  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by Plaintiff and Defendants.  Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**, this 17th day of November, 2021.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge